UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE CHAO, SECRETARY OF LABOR,              *
   United States Department of Labor,          *
                                               *
                              Plaintiff,       *
                                               *   CIVIL ACTION
                 v.                            *
                                               *   FILE NO. 05-11075  RGS
LAURIAT'S, INCORPORATED RETIREMENT             *
   PLAN & TRUST,                               *
                                               *
                              Defendant.       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## SECRETARY'S REQUEST FOR STATUS CONFERENCE

The Plaintiff, the Secretary of Labor, United States Department of Labor, requests a Status Conference in this matter for the purpose of clarifying some procedural and notice questions that have arisen with respect to the manner and timing of service of process in this matter, and which have been set forth in the Secretary's Motion to Extend Time for Service of Process which has been filed contemporaneously.

| | |
|---|---|
| Post Office Address: | Howard M. Radzely |
| U.S. Department of Labor | Solicitor of Labor |
| Office of the Regional Solicitor | |
| JFK Federal Building | |
| Room E-375 | Frank V. McDermott, Jr. |
| Boston, Massachusetts  02203 | Regional Solicitor |
| | |
| TEL: (617)565-2500 | |
| FAX: (617)565-2142 | /s/ James L. Polianites, Jr. |
| | James L. Polianites, Jr. |
| | Attorney |
| | |
| | U.S. Department of Labor |
| | Attorneys for Complainant |
| | |
| | DATE: September 19, 2005 |