THE UNITED DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-11075-RGS

Secretary of Labor, Elaine Chao v. Lauriat's, Incorporated Retirement Plan & Trust

SERVICE OF NOTICE BY PUBLICATION

TO:   All Participants in and Beneficiaries of the Lauriat's, Incorporated Retirement Plan & Trust

A Complaint for Equitable Relief has been brought by the United States Department of Labor seeking the appointment of a successor fiduciary to administer and to distribute the assets of the Lauriat's, Incorporated Retirement Plan & Trust. A motion has been presented to the Court seeking the appointment of Attorney Marcia S. Wagner of Boston, Massachusetts as successor fiduciary to the Plan. Any person who desires to file an opposition to said motion must do so by filing a written opposition with the Court no later than December 19, 2005.

Any person seeking to obtain further information may contact Attorney James L. Polianites, Jr. of the United States Department of Labor, Office of the Regional Solicitor, Room E-375, JFK Federal Building, Boston, Massachusetts.