UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ELAINE CHAO

    V.                                  CIVIL ACTION NO. 05-11075-RGS

LAURIAT'S INC. RETIREMENT PLAN & TRUST

# ORDER FOR STATUS REPORT

**STEARNS, DJ.**                                        **OCTOBER 19, 2006**

THERE HAS BEEN NO ACTIVITY IN THE ABOVE-CAPTIONED ACTION SINCE DECEMBER 30, 2005.   COUNSEL FOR THE PLAINTIFF, THEREFORE, SHALL FILE WITH THIS COURT A "WRITTEN STATUS REPORT" ON OR BEFORE:

**NOVEMBER 6, 2006**

ADVISING THE COURT WHY THE MATTER SHOULD REMAIN OPEN ON THIS COURT'S DOCKET.

    SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

    BY:

                                /s/ Mary H. Johnson
                                  Deputy Clerk